ALEXANDER WATSON *vs.* ALFRED FARLEY ET AL.

First Judicial District.
Argued January 3d—decided February 9th, 1912.

ACTION to recover the reasonable worth of services rendered and material furnished to the defendants, who

were alleged to be partners, brought to the Court of Common Pleas in Hartford County and tried to the jury before *Coats, J.*, who set aside, as against evidence, a verdict for the plaintiff, from which the latter appealed. *Error; judgment to be entered in pursuance of verdict.*

*G. Curtis Morgan* and *Terry J. Chapin*, for the appellant (plaintiff).

*William T. Connor*, for the appellees (defendants).

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.